IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03424-KLM

COMMNET WIRELESS, LLC, a Delaware limited liability company, and
ATLANTIC TELE-NETWORK, INC., a Delaware corporation,

    Plaintiffs,

v.

BENNING POWER ELECTRONICS, INC., a Texas corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' unopposed **Motion to Amend Complaint** [#12] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Plaintiffs shall file a non-redlined version of the Amended Complaint **on or before April 27, 2015**.[1]

    Dated:  April 22, 2015

---

[1] Plaintiffs only submitted a redlined version of the Amended Complaint [#12-1] with the Motion.