IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03424-JLK

COMMNET WIRELESS, LLC, a Delaware limited liability company, and
ATLANTIC TELE-NETWORK, INC., a Delaware corporation,

 Plaintiffs,

v.

BENNING POWER ELECTRONICS, INC., a Texas corporation, and BENNING ELEKTROTECHNIK UND ELEKTRONIK GMBH & CO. KG, a foreign limited liability company,

 Defendants.

## ORDER APPOINTING SPECIAL PROCESS SERVICE

Kane, J.

 Having reviewed the request and finding it appropriate under the circumstances, IT IS ORDERED that APS International, Ltd., including its designated agents, is APPOINTED and AUTHORIZED to effect service of process on the defendant, Benning Elektrotechnik u. Elektronik GmbH & Co. KG, in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated:  April 29, 2015

             *s/John L. Kane*
             SENIOR U.S. DISTRICT JUDGE