IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03424-JLK

COMMNET WIRELESS, LLC, a Delaware limited liability company, and
ATLANTIC TELE-NETWORK, INC., a Delaware corporation,

    Plaintiffs,

v.

BENNING POWER ELECTRONICS, INC., a Texas corporation, and BENNING ELEKTROTECHNIK UND ELEKTRONIK GMBH & CO. KG, a foreign limited liability company,

    Defendants.

---

### ORDER RE: JOINT AND <u>UNOPPOSED</u> MOTION TO AMEND SCHEDULING ORDER

---

THE COURT, having examined the file herein and being fully advised in the premises, does hereby grant the Joint and Unopposed Motion to Amend Scheduling Order (Doc. 31).

IT IS HEREBY ORDERED that the following dates contained in the Scheduling Order (Doc. 15) are extended as follows:

|  | **Present Disclosure Deadline** | **New Disclosure Deadline** |
|---|---|---|
| Expert Disclosures | August 20, 2015 | January 22, 2016 |
| Rebuttal Expert Disclosures | September 21, 2015 | February 22, 2016 |
| Discovery Cut-off | October 20, 2015 | March 25, 2016 |
| Dispositive Motion Deadline | November 19, 2015 | April 25, 2016 |

Dated: August 3, 2015                         **s/ John L. Kane**
                                                                  Senior U.S. District Judge